# Exhibit C

# McCall Law Firm, PLLC

Clayton E. McCall
Attorney at Law
Master of Laws in Taxation
1020 W. Main St., Russellville, AR 72801
Phone: 479-967-3225   Fax: 479-967-3309
E-mail: clay@mccalllawpllc.com

March 16, 2020

Smart Communications
Attn: David L. Gann, Esq.
David.gann@smartjailmail.com

Re: Electronic Messaging System Agreement between Smart Communications Collier, Inc. and the Pope County Sheriff's Office

Dear Mr. Gann:

I am the attorney for the political subdivision of Pope County, Arkansas. It has come to my attention that you believe a certain addendum to the Electronic Messaging System Agreement between Smart Communications and the Pope County Sheriff's Office extends the term of that agreement until 2022. Pursuant to Arkansas law only the sitting county judge can contractually bind the county.[1] The original Electronic Messaging System Agreement was executed by the then acting county judge, Jim Ed Gibson, on March 31, 2016. I understand that an addendum was signed by Smart Communications and the Pope County Sheriff, Shane Jones, on August 29, 2017. This addendum was not signed by the Pope County Judge as required by Arkansas Law and therefore is not binding. Pursuant to the terms of the effective contract, the first 3 year term ended on March 31, 2019. The contract automatically renewed for a one year period. Captain Rowdy Sweet with the Pope County Sheriff's Office provided written notice pursuant to the terms of the contract which according to said terms the contract will terminate on March 31, 2020. Regardless, in addition to the notice to terminate without cause it is my understanding that Captain Sweet previously provided Smart Communications with notice of Smart Communications' failure to maintain its responsibilities as set forth under Section 2 of the contract and Smart Communications did not cure same. Regardless, Pope County gave proper notice to Smart Communications to terminate the contract in either situation and said termination is effective as of March 31, 2020. If you have any questions you may contact me re same. Thank you.

Regards,

Clayton E. McCall

CEM/tlf
Cc: Hon. Ben Cross; Capt. Rowdy Sweet; Sheriff Shane Jones

---

[1] Ark. AG Opinion No. 2018-105; Ark. AG Opinion No. 2006-124