IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SMART COMMUNICATIONS
COLLIER, INC.                                                                               PLAINTIFF

v.                              No. 4:20-cv-368-DPM

POPE COUNTY SHERIFF'S OFFICE;
and SHANE JONES, in his Official and
Individual Capacities                                                                   DEFENDANTS

## JUDGMENT

This case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 June 2020